

**ORDERED in the Southern District of Florida on March 19, 2020.**

                        **Scott M. Grossman, Judge**
                        **United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

                                        **CASE NO.: 19-27015-BKC-SMG**
                                        PROCEEDING UNDER CHAPTER 13

**IN RE:**

GREGORY BIENAIME
XXX-XX-0054

DEBTOR               /

### ORDER DENYING DEBTOR'S EMERGENCY MOTION
### TO EXTEND THE AUTOMATIC STAY (DE#25)

      **THIS CAUSE** came to be heard on March 12, 2020, upon the Debtor's Emergency Motion to Extend the Automatic Stay (DE#25) and based upon the record, it is

**ORDERED** as follows:

    1.    Debtor's Emergency Motion to Extend the Automatic Stay (DE#25) is hereby **DENIED**.

                                        ###

ORDER DENYING DEBTOR'S EMERGENCY MOTION
TO EXTEND THE AUTOMATIC STAY (DE#25)
CASE NO.:  19-27015-BKC-SMG

**ORDER SUBMITTED BY**:

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007

**COPIES FURNISHED TO:**

**PRO SE DEBTOR**
GREGORY BIENAIME
8254 SW 27 ST
MIRAMAR, FL 33025

**ROBIN R. WEINER, ESQ.** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.